UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AMIE OLSCHAFSKIE, executrix of the | : | CIVIL ACTION NO. |
| ESTATE OF TYLER DAMATO and | : | 3:15-cv-00067 (MPS) |
| AMIE OLSCHAFSKIE, individually | : | |
| | : | |
| V. | : | |
| | : | |
| TOWN OF ENFIELD; | : | |
| ENFIELD POLICE DEPARTMENT; | : | |
| CHIEF CARL SFERRAZZA, individually | : | |
|   and in his official capacity; | : | |
| OFFICER MATTHEW WORDEN, individually | : | |
|   and in his official capacity; | : | |
| OFFICER JAIME YOTT, individually and in | : | |
|   her official capacity; | : | |
| OFFICER JOHN DOE, individually and in | : | |
|   his official capacity; | : | |
| OFFICER JANE DOE, individually and in | : | DECEMBER 5, 2016 |
|   her official capacity | : | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to the Federal Rules of Civil Procedure, the Plaintiff in the above-entitled action hereby respectfully requests an enlargement of time of forty-five (45) days, up to and including February 3, 2017 in which to file a response to the Defendants' Jane Doe, John "Doe, Town of Enfield, Enfield Police Department, Carl Sferrazza and Robbie Yott's *Motion for Summary Judgment* **[Doc 89]**; Defendant Matthew Worden's *Motion to Partially Join Motion for Summary Judgment* **[Doc. 90]**; and Defendant Matthew Worden's *Motion for Summary Judgment* **[Doc. 91]** dated December 1, 2016.

In support of the present Motion, the undersigned counsel hereby represents:

1. Additional time is required because of time constraints imposed by a greatly demanding litigation, mediation and trial calendar, including pending hearings and appeals, all of which is made more difficult in view of the limited staff and size of the undersigned's law office;

2. In addition, the matters raised by the Defendants involve complex issues of law and facts involving numerous parties that will require considerable time to address in order to exert his best efforts in good faith on behalf of the Plaintiff;

3. Counsel for the Defendants' have been contacted and they have no objection to this request.

to this request.

WHEREFORE, the Plaintiff respectfully requests the Court grant an extension of time up to and including February 3, 2017. in which to submit a response to the Defendants' Jane Doe, John "Doe, Town of Enfield, Enfield Police Department, Carl Sferrazza and Robbie Yott's *Motion for Summary Judgment* **[Doc 89]**; Defendant Matthew Worden's *Motion to Partially Join Motion for Summary Judgment* **[Doc. 90]**; and Defendant Matthew Worden's *Motion for Summary Judgment* **[Doc. 91]** dated December 1, 2016.

                                  **PLAINTIFF,**

                              BY /s/ A. Paul Spinella
                                 **A. Paul Spinella, Esq.**
                                 **Spinella & Associates**
                                 **One Lewis Street**
                                 **Hartford, CT 06103**
                                 **Telephone:  (860) 728-4900**
                                 **Fax:  (860) 728-4909**
                                 **Federal Bar #: ct00078**
                                 **E-mail: spinella_law@yahoo.com**

**CERTIFICATION**

I HEREBY CERTIFY that on this date, a copy of foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ A. Paul Spinella, Esq
A. Paul Spinella, Federal Bar #: ct00078